UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 04 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel,<br><br>        Plaintiff-counter-claim-defendant - Appellant,<br><br> v.<br><br>WARNER BROS. ENTERTAINMENT, INC., a corporation; DC COMICS, a New York General Partnership,<br><br>        Defendants-counter-claimants - Appellees. | No. 11-55863<br><br>D.C. No. 2:04-cv-08400-ODW-RZ<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |
| LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel,<br><br>        Plaintiff-counter-claim-defendant - Appellee,<br><br> v.<br><br>WARNER BROS. ENTERTAINMENT, INC., a corporation and DC COMICS,<br><br>        Defendants-counter-claimants - Appellants. | No. 11-56034<br><br>D.C. No. 2:04-cv-08400-ODW-RZ<br>U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered January 10, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                              FOR THE COURT:
                                              Molly C. Dwyer
                                              Clerk of Court

                                              Craig Westbrooke
                                              Deputy Clerk